## WALKER *v.* HUGHES.

COBB J.   This being a claim case on the trial of which it affirmatively and conclusively appeared that the claimant was a bona fide purchaser for value from one to whom the defendant in execution had, before the date of the plaintiff's judgment, upon a valuable and adequate consideration, in good faith conveyed the property in dispute, the verdict finding the same not subject was demanded.

> *Judgment affirmed.  All the Justices concurring.*

Argued March 24, — Decided April 25, 1899.

Levy and claim.   Before Judge Henry.   Floyd superior court.   July term, 1898.

*Henry Walker,* for plaintiff.   *Fouche & Fouche,* contra.